IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| DANIEL L REUBENS | ) | CASE NO. 4-08-03870-EWH |
| CHRISTINA D REUBENS | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 1 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OHIO 43054 | $623.93 | $0.68 |
| 3 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $1,089.70 | $1.19 |
| 5 | TUCSON OLD PUEBLO CREDIT UNION<br>PO BOX 2858<br>OMAHA NE 68103-6000 | $2,012.80 | $2.20 |
| 6 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $3,877.87 | $4.24 |
| 7 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $1,781.94 | $1.95 |

Dated: March 19, 2010            /s/ SJK_____
                                 Stanley J. Kartchner, Trustee